**FILED**

2023 Jun-08  PM 12:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **CHRISTOPHER STREETMAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO:** |
| | ) | |
| **SMITH ROUCHON AND ASSOCIATES, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## NOTICE OF REMOVAL (FEDERAL QUESTION)
## TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Pursuant to 28 U.S.C. §§ 1331 and 1441 *et seq.*, and 15 U.S.C. § 1692 *et seq.*, Defendant Smith, Rouchon & Associates, Inc. ("SRA" or "Defendant"), hereby gives notice of removal of this cause of action, under the caption *Christopher Streetman v. Smith, Rochon and Associates, Inc.*, from the Circuit Court of Jefferson County, Alabama under Case No.: 01-CV-2023-901564.00 ("State Court Action") to the United States District Court for the Northern District of Alabama. In support of removal, Defendant, by and through its attorneys, states as follows:

1. On May 10, 2023, Plaintiff Christopher Streetman ("Plaintiff") filed this action in the Circuit Court of Jefferson County, Alabama. A copy of the state court record is attached and marked as Exhibit "1".

2. Plaintiff served Defendant on May 12, 2023. This removal is timely pursuant to 28 U.S.C. § 1446(b).

3.     This action is a civil action of which this Honorable Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by Defendant pursuant to 28 U.S.C. § 1441(b) in that it presents a federal question, wherein Plaintiff alleges violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.*, and requests relief for statutory and actual damages as provided by 15 U.S.C. § 1692k.     This Court is the proper district for removal because the Circuit Court of Jefferson County, Alabama is located within the jurisdiction of the United States District Court for the Northern District of Alabama.

4.     The undersigned is not aware of any other documents that have been filed in this matter.

5.     Notice of this removal will be filed with the Circuit Court of Jefferson County, Alabama.

6.     By virtue of this Notice of Removal of Action and the Notice filed in the Action, Defendant does not waive its rights to assert any personal jurisdictional defenses or file other pre-answer motions including Federal Rule of Civil Procedure 12 motions and/or motions to compel arbitration as permitted by the Federal Rules of Civil Procedure.

WHEREFORE, Defendant requests that further proceedings in the Circuit Court of Jefferson County, Alabama, be discontinued and that this action be removed in its entirety to the United States District Court for the Northern District of Alabama, which will then assume full jurisdiction over this cause of action.

Respectfully Submitted,

_____
Neal D. Moore, III
*Counsel for Defendant*
*Smith Rouchon and Associates, Inc.*

OF COUNSEL:
CHRISTIAN & SMALL, LLP
505 20th Street North, Suite 1800
Birmingham, Alabama 35203
ndmoore@csattorneys.com
Telephone:  (205) 795-6588
Facsimile:  (205) 328-7234

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2023, I caused the foregoing to be electronically filed and served on counsel via electronic filing:

Patricia S. Lockhart
John G. Watts
M. Stan Herring
WATTS & HERRING, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
patricia@wattsherring.com
john@wattsherring.com
stan@wattsherring.com

_____
OF COUNSEL