# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **CHRISTOPHER STREETMAN,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**SMITH ROUCHON AND ASSOCIATES,** )<br>**INC.,** )<br>)<br>**Defendant.** )<br>) | **CASE NO: 2:23-cv-00742-SGC** |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to FRCP Rule 7.1, Counsel for the Defendant, Smith, Rouchon & Associates, Inc., hereby certifies that the following:

1. Defendant, Smith, Rouchon & Associates, Inc. (Mississippi Sec. of State Business Control Number 569488) is a domestic corporation organized under the laws of the State of Mississippi and does not have a parent company.

2. There are no publicly held corporations that hold 10% or more of Smith, Rouchon & Associates, Inc.'s stock.

Respectfully Submitted,

*/s/ Neal D. Moore, III*

Neal D. Moore, III
*Counsel for Defendant*
*Smith Rouchon and Associates, Inc.*

OF COUNSEL:
CHRISTIAN & SMALL, LLP
505 20th Street North, Suite 1800
Birmingham, Alabama  35203
ndmoore@csattorneys.com
Telephone:  (205) 795-6588
Facsimile:  (205) 328-7234

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2023, I caused the foregoing to be electronically filed and served on counsel via electronic filing:

Patricia S. Lockhart
John G. Watts
M. Stan Herring
WATTS & HERRING, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
patricia@wattsherring.com
john@wattsherring.com
stan@wattsherring.com

/s/ Neal D. Moore, III
OF COUNSEL

3890934.1